SDD:SK
F.#2011R00783

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                          No. 11-CR-623 (S-1) (JG)

AGRON HASBAJRAMI,

        Defendant.

– – – – – – – – – – – – – – – – – X

NOTICE OF APPEARANCE

        Please take notice that Assistant United States Attorney Saritha Komatireddy from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Saritha Komatireddy
        Assistant United States Attorney
        United States Attorney's Office
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-6054
        Fax: (718) 254-6076
        Email: Saritha.Komatireddy@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Ms. Komatireddy.

Dated:   Brooklyn, New York
         October 28, 2014

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                        By:    _____/s/_____
                               Saritha Komatireddy
                               Assistant U.S. Attorney
                               Tel: (718) 254-6054


cc:     Clerk of the Court (by ECF)