October 29, 2014

By FedEx

Michael Bachrach  
276 Fifth Avenue  
Suite 501  
New York, NY 10001

Steve Zissou  
Steve Zissou & Associates  
42-40 Bell Blvd., Suite 302  
Bayside, NY 11361

Re: United States v. Agron Hasbajrami  
Criminal Docket No. 11-623 (JG)

Dear Sirs:

Enclosed please find a CD containing unclassified discovery produced in this matter to date, Bates numbered 1-484. If you have any questions or requests, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH  
United States Attorney

By: /s/Matthew S. Amatruda  
Matthew Amatruda  
Seth D. DuCharme  
Assistant United States Attorneys  
(718) 254-7012/6021

Enclosure

cc: Clerk of Court (JG) (by ECF & without enclosures)