LAW OFFICE OF

# MICHAEL K. BACHRACH

276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                          http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                                michael@mbachlaw.com

November 17, 2014

<u>By ECF</u>

The Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>    ***Re: United States v. Agron Hasbajrami,
>    11 Cr. 623 (JG)***

Dear Judge Gleeson:

  We represent Defendant Agron Hasbajrami in the above-referenced matter and write to respectfully request an amendment to the pretrial motion schedule to incorporate deadlines for the filing of amicus briefs.

  Specifically, we respectfully request permission for the American Civil Liberties Union ("ACLU") to file an amicus brief on December 5, 2014, in support of Defendant's motions. To the extent that any organization wishes to submit a brief in opposition to defendant's motions than we respectfully request that such deadline be scheduled for January 2, 2014. The deadlines for the parties' briefs would remain unchanged.

  Accordingly, we respectfully request that the pretrial motion schedule proceed as follows:

- Defendant's pretrial motions due: Wednesday, November 26, 2014;
- Amicus briefs in support of pretrial motions due: Friday, December 5, 2014;
- Government's response brief in opposition to pretrial motions due: Wednesday, December 24, 2014;
- Amicus briefs in opposition to pretrial motions due: Friday, January 2, 2015;
- Defendant's reply brief in support of pretrial motions due: Friday, January 9, 2015; and
- Government's CIPA Section 4 submission due: Friday, January 9, 2015.

The Hon. John Gleeson
November 17, 2014
Page 2 of 2

Thank you for your time and consideration.

Respectfully submitted,

Michael K. Bachrach
Steve Zissou
*Attorneys for Defendant Agron Hasbajrami*

MKB/mb
cc:   AUSA Seth DuCharme (by ECF)