

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

December 22, 2014

By FedEx

Michael Bachrach
276 Fifth Avenue
Suite 501
New York, NY 10001

Steve Zissou
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

      Re:    United States v. Agron Hasbajrami
            Criminal Docket No. 11-623 (S-1) (JG)

Dear Sirs:

      Enclosed please find a DVD containing unclassified discovery produced in this matter to date, Bates-numbered 1-968. If you have any questions or requests, please do not hesitate to contact us.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/Saritha Komatireddy
      Saritha Komatireddy
      Seth D. DuCharme
      Matthew Amatruda
      Assistant United States Attorneys
      (718) 254-6054/6021/7012

Enclosure
cc:    Clerk of Court (JG) (w/o enclosures)