

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

December 23, 2014

By FedEx

Michael Bachrach
276 Fifth Avenue
Suite 501
New York, NY 10001

Steve Zissou
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

Re: United States v. Agron Hasbajrami
Criminal Docket No. 11-623 (S-1) (JG)

Dear Sirs:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find additional discovery materials, provided under the terms of the Protective Order Pertaining to Unclassified Discovery Materials entered by the Court on November 16, 2011 (the "Order"). Pursuant to ¶ 3 of the Order, the enclosed documents are SENSITIVE DISCOVERY MATERIALS and must be handled accordingly.

The government previously disclosed FBI Form 302s containing the sum and substance of the defendant's post-arrest statements, Bates-numbered 41-78. See Nov. 16, 2011 Discovery Letter. Enclosed please find agent notes associated with those statements, Bates-numbered 969-1038.

The government previously disclosed a copy of a search warrant application for the defendant's residence which described, in sum and substance, the defendant's May 3, 2011statements to investigators, Bates-numbered 316. See Dec. 23, 2011 Discovery Letter. Enclosed please find an FBI Form 302 containing the sum and substance of those statements, Bates-numbered 1039.

The government previously made available for inspection items seized from the defendant pursuant to court authorized searches, including the defendant's computer and digital media seized from the defendant's computer. See Sept. 29, 2011 Discovery Letter; Dec. 23, 2011 Discovery Letter. Enclosed please find the results of a forensic examination of the defendant's cellular telephone, Bates-numbered 1040; the results of a forensic examination of the defendant's iPod touch, Bates-numbered 1041-42; and a forensic image

of the defendant's USB drive, Bates-numbered 1043.  If you will kindly provide us with a two-terabyte hard drive, we will arrange to make a copy of the remaining forensic images of the defendant's computer equipment.

        If you have any questions or requests, please do not hesitate to contact us.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:    /s/Saritha Komatireddy
        Saritha Komatireddy
        Seth D. DuCharme
        Matthew S. Amatruda
        Assistant United States Attorneys
        (718) 254-6054/6021/7012

Enclosures

cc:    Clerk of Court (JG) (w/o enclosures)