

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

January 6, 2015

By Hand

Michael Bachrach
276 Fifth Avenue
Suite 501
New York, NY 10001

Steve Zissou
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

Re: United States v. Agron Hasbajrami
Criminal Docket No. 11-623 (S-1) (JG)

Dear Sirs:

The government hereby memorializes its disclosure earlier today of classified discovery materials, contained on one Buffalo Ministation hard drive and three disks (copies of which have been retained by the government and marked A, B, and C). These materials were provided under the terms of the Protective Order Regarding Classified Information entered by the Court on March 23, 2012.

If you have any questions or requests, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   /s/Saritha Komatireddy
Saritha Komatireddy
Seth D. DuCharme
Matthew S. Amatruda
Assistant United States Attorneys
(718) 254-6054/6021/7012

cc: Clerk of Court (JG)