

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

January 8, 2015

By E-mail

Michael Bachrach
276 Fifth Avenue
Suite 501
New York, NY 10001

Steve Zissou
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

      Re:    United States v. Agron Hasbajrami
             Criminal Docket No. 11-623 (S-1) (JG)

Dear Sirs:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find additional discovery materials, consisting of subscriber and banking records, Bates-numbered 1044-1120.

      If you have any questions or requests, please do not hesitate to contact us.

             Very truly yours,

             LORETTA E. LYNCH
             United States Attorney

      By:    /s/Saritha Komatireddy
             Saritha Komatireddy
             Seth D. DuCharme
             Matthew S. Amatruda
             Assistant United States Attorneys
             (718) 254-6054/6021/7012

Enclosures

cc:    Clerk of Court (JG) (w/o enclosures)