

U.S. Department of Justice

United States Attorney
Eastern District of New York

SDD
F. #2011R00783

271 Cadman Plaza East
Brooklyn, New York 11201

January 9, 2015

By Hand and ECF

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Agron Hasbajrami
            Criminal Docket No. 11-623 (S1)(JG)

Dear Judge Gleeson:

       The government writes to apprise the Court of developments in response to the Court's Order of December 31, 2014.  By letter dated December 23, 2014, the defendant indicated that on April 22, 2014 he was transferred from FCI Fairton to the Metropolitan Detention Center ("MDC") in Brooklyn, New York, and that because his status was listed as "writ" in the prison system, certain property was not transferred from his former facility to the MDC.  The defendant asked the Court to issue an order directing the Bureau of Prisons to transfer his property, including legal materials, to the MDC so that it would be available to him.  The undersigned Assistant U.S. Attorney has contacted counsel for the MDC to alert them to this issue.  As of today, the MDC has indicated that the defendant's property has been shipped and is expected to arrive in Brooklyn early next week.  Accordingly, it appears that there is no need for the Court to intervene beyond the direction that Your Honor already has provided.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

        By:    /s/Seth D. DuCharme
                Seth D. DuCharme
                Assistant U.S. Attorney
                (718) 254-6021

cc:    Steve Zissou, Esq.
       Michael Bachrach, Esq.