NATIONAL SECURITY PROJECT



January 22, 2015

**VIA ECF**

Hon. John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Agron Hasbajrami*, 11 Cr. 623 (JG)

Dear Judge Gleeson:

Amici American Civil Liberties Union and Electronic Frontier Foundation thank the court for its invitation to participate in oral argument on Friday, January 23, 2015. Counsel for amici will plan to participate.

Respectfully submitted,
/s/ *Patrick Toomey*

Patrick Toomey
Counsel for Amici
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
ptoomey@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

RICHARD ZACKS
*TREASURER*