

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 13, 2015

By Hand

Michael Bachrach
276 Fifth Avenue
Suite 501
New York, NY 10001

Steve Zissou
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

Re:   United States v. Agron Hasbajrami
      Criminal Docket No. 11-623 (S-1) (JG)

Dear Sirs:

The government hereby memorializes its disclosure earlier today of the classified summary of classified information S1e. This summary was provided under the terms of the Protective Order Regarding Classified Information entered by the Court on March 23, 2012.

If you have any questions or requests, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:     /s/Saritha Komatireddy
        Saritha Komatireddy
        Seth D. DuCharme
        Matthew S. Amatruda
        Assistant United States Attorneys
        (718) 254-6054/6021/7012

cc:   Clerk of Court (JG)