FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 12 2015 ★

BROOKLYN OFFICE

March 8, 2015

U.S. District Court
Judge John Gleeson
Brooklyn NY 11201

Re: 11-cr-623 JG

Dear Judge Gleeson

This is a request for discovery material.

I would like to ask if the Gov. can turn over the discovery (unclassified version), from June 2010 till February 2011, of any kind (email, sms, audio, video... etc).

Also I would be happy if I can a have a copy of "Grand Jury Transcripts", at least now when the case have been reopend.

Thank you for your time.

Respectfully
Agron Hasbajrami

Metropolitan Detention Center
Ayron Hasbajrami 65794-053
Po Box 329002
Brooklyn NY 11232

NEW YORK NY 100
10 MAR 2015 PM 11 L

1120118329S

John Gleeson
U.S. District Court, EDNY
225 Cadman Plz. E,
Brooklyn NY 11201