

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 30, 2015

By FedEx

Michael Bachrach
276 Fifth Avenue
Suite 501
New York, NY 10001

Steve Zissou
Steve Zissou & Associates
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

    Re: United States v. Agron Hasbajrami
       Criminal Docket No. 11-623 (S-1) (JG)

Dear Sirs:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find additional discovery materials, consisting of an additional archive of jihadist websites, disk Bates-numbered 1136. On February 24, 2015, the government provided notice of its intent to call Evan Kohlmann to testify as an expert at trial and noted that Mr. Kohlmann is expected to testify as to, <u>inter alia</u>, the content of certain websites at the time of the events in the government's case; this is expected to include the websites contained on the disk Bates-numbered 1136.

If you have any questions or requests, please do not hesitate to contact us.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:    /s/Saritha Komatireddy
        Saritha Komatireddy
        Seth D. DuCharme
        Matthew S. Amatruda
        Assistant United States Attorneys
        (718) 254-6054/6021/7012

Enclosure

cc:    Clerk of Court (JG) (w/o enclosures)