

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK  
F. #2011R00783

271 Cadman Plaza East  
Brooklyn, New York 11201

April 16, 2015

By E-mail

Michael Bachrach  
276 Fifth Avenue  
Suite 501  
New York, NY 10001

Steve Zissou  
Steve Zissou & Associates  
42-40 Bell Blvd., Suite 302  
Bayside, NY 11361

Re: United States v. Agron Hasbajrami  
Criminal Docket No. 11-623 (S-1) (JG)

Dear Sirs:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find additional discovery materials, consisting of subscriber records, bank records, travel records, and documents from the defendant's alien file, Bates-numbered 1137-1326.

The government has disclosed records custodian certifications in connection with discovery in this matter. Pursuant to Federal Rule of Evidence 902(11), the government hereby provides written notice that it may offer business records into evidence at trial using these certifications. The original records and certifications are available for inspection. The following table sets forth the records that correspond to each certification:

| **CERTIFICATION** | **RECORDS** |
|---|---|
| Capital One (Aug. 25, 2011) (Bates No. 1245) | Bates No. 1238-1244 |
| eBay (Sept. 20, 2011) (Bates No. 1259) | Bates No. 1260-1271 |
| Google (Aug. 25, 2011) (Bates No. 1047) | Bates No. 1048-1051 |
| Google (Aug. 25, 2011) (Bates No. 1231) | Bates No. 1232-1236 |
| HSBC (Aug. 31, 2011) (Bates No. 1246) | Bates No. 1247-1258 |
| JPMorgan Chase (Dec. 19, 2014) (Bates No. 1061) | Bates No. 1062-1120 |
| Microsoft Corporation (Sept. 1, 2011) (Bates No. 1137) | Bates No. 1138-1192 |
| Yahoo (Aug. 16, 2011) (Bates No. 1044-1045) | Bates No. 1046 |
| Yahoo (Sept. 10, 2011) (Bates No. 1198-1199) | Bates No. 1200-1230 |

   The government has disclosed various materials in the Turkish language during discovery in this matter.  Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government hereby notifies you that it intends to call Language Analyst Tulay Smartt of the Federal Bureau of Investigation to testify as an expert witness at trial.  Analyst Smartt is expected to testify about her translation of Turkish-language materials from Turkish to English.  A copy of Ms. Smartt's resume is enclosed.

   The government has disclosed computer equipment and forensic examinations thereof during discovery in this matter.  Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government hereby notifies you that it intends to call Special Agent Stephen Flatley as an expert witness at trial.  Special Agent Flatley is expected to testify about his imaging and forensic examination of the defendant's computer equipment.  A copy of Special Agent Flatley's resume is enclosed.

   The government previously seized various items from the defendant pursuant to court-authorized searches and at the time of his arrest, and made those items available for inspection.  After the defendant's sentencing, the government returned certain items to the defendant or his designated recipient, at the defendant's request and pursuant to the Court's order.  See ECF Nos. 47-55.  The government recently recovered some of these items.  A list of recovered items is enclosed; the items are available for inspection.

   If you have any questions or requests, please do not hesitate to contact us.

         Very truly yours,

         LORETTA E. LYNCH
         United States Attorney

    By:   /s/Saritha Komatireddy
         Seth D. DuCharme
         Matthew S. Amatruda
         Saritha Komatireddy
         Assistant United States Attorneys
         (718) 254-6021/7012/6054

Enclosure

cc: Clerk of Court (JG) (w/o enclosures)