PB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―X

UNITED STATES OF AMERICA

    - against -                                                      11-CR-623 (S-1) (JG)

AGRON HASBAJRAMI,

        Defendant.

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Assistant United States Attorney Peter W. Baldwin from this point forward will be added as counsel in the above-captioned matter.

    All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Peter W. Baldwin
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 2nd Floor
    Tel:  (718) 254-6236
    Fax: (718) 254-6320
    Email: Peter.Baldwin@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Peter W. Baldwin at the email address set forth above.

Dated: Brooklyn, New York
April 30, 2015

Respectfully submitted,

KELLY T. CURRIE
Acting United States Attorney

By: /s/ Peter W. Baldwin
Peter W. Baldwin
Assistant U.S. Attorney

cc: Clerk of the Court (JG)