```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
UNITED STATES OF AMERICA,            :      11 Cr. 623 (JG)
                                                        :      Electronically Filed
        – against –                                  :
                                                        :      NOTICE OF APPEARANCE
AGRON HASBAJRAMI,                      :      AND REQUEST FOR
                                                        :      ELECTRONIC NOTIFICATION
                Defendant.                     :
                                                        :
--------------------------------------------------------x
```

Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of AGRON HASBAJRAMI and respectfully requests the Clerk to note his appearance in this case and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Eastern District of New York.

Dated: New York, New York
       April 30, 2015

                                        Respectfully submitted,

                                         /s/ Joshua L. Dratel
                                        Joshua L. Dratel
                                        LAW OFFICES OF JOSHUA L. DRATEL, P.C.
                                        29 Broadway, Suite 1412
                                        New York, New York 10006
                                        (212) 732-0707
                                        jdratel@joshuadratel.com

                                        *Attorney for Defendant Agron Hasbajrami*