

U.S. Department of Justice

United States Attorney
Eastern District of New York

SDD  
F. #2011R00783

271 Cadman Plaza East  
Brooklyn, New York 11201

May 11, 2015

By ECF

Honorable John Gleeson  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:   United States v. Agron Hasbajrami  
            Criminal Docket No. 11-623 (S1) (JG)

Dear Judge Gleeson:

      The government writes to inform the Court that, earlier today, it received concurrence to provide the defendant with direct access to certain sensitive material that was produced previously to cleared defense counsel in the above-referenced case. The government will work with defense counsel regarding the logistical arrangements necessary to make this information available to the defendant in a setting in which he may personally review it.

      In addition, on April 29, 2015, the Court informed the parties that a questionnaire will be used for jury selection. The Court also encouraged the parties to agree upon a proposed questionnaire, and directed the parties to provide such a proposal to the Court on or before May 8, 2015.

      Counsel for the defendant provided the government with a proposed questionnaire on Monday, May 4, 2015, in anticipation of the Court's deadline. As the Court has doubtless noticed, as of today, the parties have not yet filed an agreed proposed questionnaire. However, the parties are in final discussions and expect to reach at least some level of agreement imminently. Accordingly, the government respectfully requests a brief extension, until Wednesday, May 13, 2015, by which to file a joint questionnaire.

1

To the extent that the parties cannot reach agreement in all respects as to the final form of the questionnaire, the government will provide a clear indication to the Court of any questions in dispute.

Respectfully submitted,

KELLY T. CURRIE
Acting United States Attorney

By:     /s/   
Seth D. DuCharme
Saritha Komatireddy
Peter Baldwin
Assistant U.S. Attorneys
(718) 254-7000

cc: Defense Counsel of Record, via ECF and email