LAW OFFICES OF

**DRATEL & MYSLIWIEC, P.C.**

A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL					STEVEN WRIGHT
AARON MYSLIWIEC					*Office Manager*
—									RYAN DUFFEY
ALICE L. FONTIER					*Paralegal*
STUART A. WHITE
LINDSAY A. LEWIS

June 5, 2015

**BY ECF**

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Hasbajrami*,
        11 Cr. 623 (JG)

Dear Judge Gleeson:

    This letter is in regard to the above-entitled case, in which I, along with Steven Zissou, Esq., and Michael Bachrach, Esq., represent defendant Agon Hasbajrami, and relates to the defense's motion, pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 526 U.S. 59 (1993), to preclude the testimony of the government's proposed expert, Evan Kohlmann.

    Mr. Kohlmann's expert report has not yet been produced. As a result, it is not possible to complete the motion until that report – of course an essential element of any *Daubert* motion – is provided. As a result, it is respectfully requested that the defense be permitted to write the Court when the report is produced and propose a firm schedule for the motion.

Respectfully Submitted,

Joshua L. Dratel

JLD/
cc:   Seth D. DuCharme
      Saritha Komatireddy
      Assistant United States Attorneys