

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2011R00783

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 12, 2015

<u>By ECF and Email</u>

Michael Bachrach, Esq.　　　　　　　　　Steve Zissou, Esq.
267 Fifth Avenue, Suite 501　　　　　　　42049 Bell Blvd., Suite 302
New York, New York 10001　　　　　　　Bayside, New York 11361

Joshua L. Dratel, Esq.
29 Broadway, Suite 1412
New York, New York 10006

　　　　　　Re:　United States v. Agron Hasbajrami
　　　　　　　　<u>Criminal Docket No. 11-623 (S-1) (JG)</u>

Dear Counsel:

　　　　Enclosed please find a copy of Evan Kohlmann's expert report relating to the above-captioned matter.  In a letter dated February 24, 2015, the government previously notified you of its intent to call Mr. Kohlmann as an expert witness in this case.  That letter further provided a summary of Mr. Kohlmann's anticipated testimony.  Please feel free to contact us with any questions or concerns.

　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　KELLY T. CURRIE
　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　Seth D. DuCharme
　　　　　　　　　　　　　　　　　Saritha Komatireddy
　　　　　　　　　　　　　　　　　Peter Baldwin
　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys

cc:　Clerk of Court (JG) (by ECF) (without enclosure)