LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                     STEVEN WRIGHT
—                                                                                     *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

June 12, 2015

**BY ECF**

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:      *United States v. Hasbajrami*,
                            11 Cr. 623 (JG)

Dear Judge Gleeson:

      This letter is in regard to the above-entitled case, in which I, along with Steven Zissou, Esq., and Michael Bachrach, Esq., represent defendant Agon Hasbajrami, and relates to the defense's motion, pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 526 U.S. 59 (1993), to preclude the testimony of the government's proposed expert, Evan Kohlmann.

      The government provided Mr. Kohlmann's expert report today.  It is respectfully requested that the *Daubert* motion be due Monday, June 22, 2015, in part because preparation of the motion will involve some work in the Secure Compartmentalized Information Facility, and in part because Mr. Bachrach will be unavailable during part of next week due to travel related to an authorized federal capital prosecution in which he represents the defendant.

                                                                           Respectfully Submitted,

                                                                           Joshua L. Dratel

JLD/
cc:    Seth D. DuCharme
        Saritha Komatireddy
        Assistant United States Attorneys