SDD:PWB
F. #2011R00783

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

AGRON HASBAJRAMI,

            Defendant.

- - - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 26 2015 ★

BROOKLYN OFFICE

WAIVER OF INDICTMENT

Criminal Docket No. 11-623 (S-2) (JG)

      I, AGRON HASBAJRAMI, the above named defendant who is accused of:

      1.     Knowingly and intentionally providing and attempting to provide material support and resources to terrorists, in violation of Title 18, United States Code, Section 2339A(a); and

      2.     Knowingly and willfully conspiring to commit an offense against the United States, to wit: providing of material support to terrorists, in violation of Title 18, United States Code, Section 371;

being advised of the nature of the charges, the proposed second superseding information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
AGRON HASBAJRAMI
Defendant

_____
Steve Zissou, Esq.
Michael Bachrach, Esq.
Joshua Dratel, Esq.
Counsel for Defendant

Dated: June 26, 2015

Before: _____
THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE