Arraignment and
Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: 6/26/2015    Time: 2:00 pm – 3:20 pm

DOCKET NUMBER: 11 CR 623

DEFENDANT'S NAME: Agron Hasbajrami
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Michael Bachrach, Joshua Dratel
Seth D. DuCharme,   ___ Legal Aid ✓ CJA ___ Retained

AUSA: Peter Baldwin and Saritha Komatireddy    Deputy Clerk: Ilene Lee
INTERPRETER: Dominique Marini    (Language) Albanian
COURT REPORTER: Lisa Schmid

✓ Case called.

Defendant: ✓ sworn   ✓ arraigned (waives a public hearing.)   ✓ informed of rights
✓ Waives trial before District Court.

✓ Waiver of indictment executed.
✓ Superseding ~~Indictment~~ (Information filed.) – (S-2)
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) (ONE and TWO) of the Superseding Information (S-2)
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___
_____ of the _____.
✓ Court finds factual basis for the plea.
___ Sentencing set for _____ @ _____.

___ Deft continued on $_____ Bond.   ✓ Deft continued in Custody.

___ Bail set in the amount of $_____ and deft released.

___ Case adjourned until _____ for _____.

✗ Plea Agreement marked as Gov's Exhibit ✗1 (#1A) and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge _____ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

– The sentencing date is set for July 30, 2015 at 2:00 pm.