| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |
| UNITED STATES OF AMERICA,<br><br>- versus -<br><br>AGRON HASBAJRAMI,<br><br>                       Defendant. | ORDER<br><br>11-CR-623 |

JOHN GLEESON, United States District Judge:

      A voucher has been submitted on behalf of an interpreter seeking compensation under the Criminal Justice Act for the time spent in obtaining the requisite security clearance to provide translation services in this case involving charges of terrorism.

      In my view, the support services compensable under 18 U.S.C. § 3006A do not include the time necessary to obtain a security clearance any more than they include the time necessary for an interpreter to become certified. Accordingly, I have no intention to pay the voucher. However, if defense counsel wishes to be heard on the subject, he may file a letter setting forth his position on or before July 24, 2015.

      So ordered.


      John Gleeson, U.S.D.J.


Dated: July 17, 2015
      Brooklyn, New York