# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK, BROOKLYN__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>AGRON HASBAJRAMI | **JUDGMENT IN A CRIMINAL CASE**<br>Case Number: 11-CR-623-(S-2)-01 (JG)<br>USM Number: 65794-053<br>Joshua L. Dratel, Esq.  (212) 732-0707<br>2 Wall Street, 3rd Floor, New York, NY 10005<br>Defendant's Attorney |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 17 2015 ★
BROOKLYN OFFICE

**THE DEFENDANT:**

✔ pleaded guilty to count(s)   One and Two of a ~~four~~ 2-count superseding indictment on ~~4/12/2012~~ 06/26/2015.

☐ pleaded nolo contendere to count(s) _____ (S-2)
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. ~~§§ 956(a)~~ 2339A | Provision and attempted provision of material support to terrorists. | 9/6/2011 | ONE |
| 18 U.S.C. §§ 371 | Conspiracy to commit terrorist acts. | 9/6/2011 | TWO |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 23 2015 ★  4:02PM RV
BROOKLYN OFFICE

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

✔ Count(s)  (All Open Counts)   ☐ is   ✔ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Clerk of Court
I would like you to take
your attention and follow/
correct the new changes
Thank you

August 13, 2015
Date of Imposition of Judgment

s/John Gleeson
Signature of Judge

JOHN GLEESON, U.S.D.J.
Name and Title of Judge

8/14/15
Date

⇔65794-053⇔
Agron Hasbajrami
Federal Correctional INST
655 Fairton Millville RD
Fairton, NJ 08320
United States



SOUTH JERSEY NJ 080

21 OCT 2015 PM 5 L

USMS

⇔65794-053⇔
Clerk Of Court Edny
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

11201183299