UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA          :          11 Cr 623 (JG)

          - against -          :          **DECLARATION OF JOSHUA
                                            L. DRATEL, ESQ. IN SUPPORT
AGRON HASBAJRAMI,          :          OF DEFENDANT AGRON
                                            HASBAJRAMI'S MOTION TO**
                    Defendant.    :          **RELEASE UNREDACTED OPINION**
-------------------------------------------------------X

Joshua L. Dratel, Esq., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of

perjury:

1.  I am an attorney, and I represent defendant Agron Hasbajrami in the above-captioned

case.  I make this Declaration in support of Mr. Hasbajrami's motion to release to his security-

cleared counsel an unredacted version of the March 8, 2016, opinion issued by Judge John

Gleeson, denying Mr. Hasbajrami's motion to suppress the fruits of electronic surveillance

conducted pursuant 50 U.S.C. §1881a, at Docket #165.

2.  The bases for these motions are set forth in detail in the accompanying Memorandum

of Law.  Also, it is respectfully requested that the facts set forth within the Memorandum of Law

be incorporated by reference in this Declaration.

WHEREFORE, it is respectfully requested that the Court grant Mr. Hasbajrami's Motion

in its entirety.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.  28 U.S.C. §1746.  Executed July 25, 2016.

 /S/ Joshua L. Dratel_____
JOSHUA L. DRATEL

1