**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

__Eastern__ District of __New York__

Caption:
United States
v.
Agron Hasbajrami

Related 2d Cir. Cases: 15-2684 (L), 17-2669 (Con), and 24-1648.

Docket No.: 11 Cr. 623 (LDH)
DeArcy Hall, J.
(District Court Judge)

Notice is hereby given that __Agron Hasbajrami__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✔] __Order, dated, December 2, 2024 (Doc. No. 223)__ (specify) entered in this action on __February 10, 2025 (by ECF)__. (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✔]   Other [✔]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes [✔]  No [ ]  N/A [ ]

Date of sentence: __August 13, 2015__   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Michael K. Bachrach, Esq. / Joshua L. Dratel, Esq.

Counsel's Address: Law Office of Michael K. Bachrach / Joshua L. Dratel P.C.

224 W. 30th St., Suite 302, NY, NY 10001 / 29 Broadway, Suite 1412, NY, NY 10006

Counsel's Phone: (212) 929-0592 / (212) 732-0707

Assistant U.S. Attorney: AUSA Saritha Komatireddy / AUSA Sara K. Winik

AUSA's Address: 271 Cadman Plaza East

Brooklyn, NY 11201

AUSA's Phone: (718) 254-6054 / (718) 254-6058

_____
Signature